**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**


**NYKA O'CONNOR,**

      **Plaintiff,**

**vs.**                                        **Case No. 3:08cv357-LAC/WCS**

**F.D.O.C., et al.,**

      **Defendants.**

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 13, 2009.  Doc. 19.  The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections.  No objections have been filed.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's third amended complaint, doc. 18, is hereby **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

3.  The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this 20th day of February, 2009.


s/L. A. Collier
LACEY A. COLLIER
Senior United States District Judge